UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DAMEON DESEAN SHELTON,<br><br>  Defendant. | Case No.:  14cr1288 DMS<br><br>**ORDER DENYING AS MOOT DEFENDANT'S PETITION FOR HOME CONFINEMENT UNDER THE CARES ACT** |
|---|---|

On August 7, 2020, Defendant filed a petition for home confinement under the CARES Act. The Government filed an opposition to the petition on August 19, 2020. According to the Bureau of Prisons website, Defendant was released from custody on December 23, 2020. *See* https://www.bop.gov/inmateloc/. Accordingly, his petition is denied as moot.

**IT IS SO ORDERED**.

Dated:  December 28, 2020

Hon. Dana M. Sabraw
United States District Judge